RECORD OF GRAND JURY BALLOT

C/ 9:21-cr-499

THE UNITED STATES OF AMERICA v. LEONARDO RUBIO

(SEALED UNTIL FURTHER ORDER OF THE COURT)